# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18CR545 |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| GOVIND SAILESH PAPPU, | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Jonathan D. Greenberg's report and recommendation that the Court ACCEPT Defendant Govind Sailesh Pappu's ("Defendant") plea of guilty and enter a finding of guilty against defendant. (Doc. No. 20.)

On September 18, 2018, the government filed an indictment against defendant. (Doc. No. 8.) On December 19, 2018, this Court issued an order assigning this case to Magistrate Judge Greenberg for the purpose of receiving defendant's guilty plea. (Doc. No. 18.)

On December 26, 2018, a hearing was held in which defendant entered a plea of guilty to counts 1 and 3 of the indictment, charging him with Possession with Intent to Distribute a Mixture Containing 5-Fluoro-ADB, in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(C). Magistrate Judge Greenberg received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 20.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of counts 1 and 3 in violation of 21 U.S.C. Section 841(a)(1) and (b)(1)(C). The sentencing will be held on April 9, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: January 17, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**